Richard P. Schroeder, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, for argued defendant-appellee United States. With him on the brief were Jeanne E. Davidson, Director, and Reginald T. Blades, Jr., Assistant Director.

John R. Shane, Wiley Rein LLP, of Washington, DC, for defendants-appellees Nucor Corporation, et al. With him on the brief was Maureen E. Thorson.

GAJARSA, MOORE, Circuit Judges, and ARTERTON, District Judge.*

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Mark J. Berkowitz, of Ft. Lauderdale, FL, for petitioner.

Stephen C. Tosini, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, for respondent. With him on the brief were Jeanne E. Davidson, Director, and Donald E. Kinner, Assistant Director.

Before GAJARSA, DYK, and MOORE, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

---

**Anthony J. ADAMS, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE, Respondent.**

No. 2008–3241.

United States Court of Appeals, Federal Circuit.

Feb. 9, 2009.

**James M. HILL, Petitioner,**

v.

**DEPARTMENT OF the AIR FORCE, Respondent.**

No. 2008–3291.

United States Court of Appeals, Federal Circuit.

Feb. 9, 2009.

---

* Honorable Janet Bond Arterton, District Judge, United States District Court for the District of Connecticut, sitting by designation.